# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00206JMS |
| CASE NAME: | USA v. (02) Eric Castro, (03) Kale Ornellas, (04) Shawn Aguiar, (05) Randolph Aiwohi |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 6/13/2006 | TIME: | |

COURT ACTION:  EO: Final Pretrial Conference continued from 6-13-06 to 9-18-06 @ 10 a.m., BMK.  Per Chris Thomas, parties to stipulate to new trial date.

Submitted by Richlyn Young, courtroom manager