EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
Chief, Narcotics Section

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00206 JMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| ERIC CASTRO,           (02) | ) | |
| KALE ORNELLAS,         (03) | ) | |
| SHAWN AGUIAR, and      (04) | ) | |
| RANDOLPH AIWOHI,       (05) | ) | |
| | ) | OLD TRIAL DATE: 06/27/06 |
| Defendants. | ) | NEW TRIAL DATE: 10/17/06 |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for June 27, 2006, be continued to October 17, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright.  The Final Pretrial

Conference is set for September 18, 2006, at 10:00 a.m. before Magistrate Barry M. Kurren.  Defendants' motions are due September 5, 2006, and the Government's responses are due September 18, 2006.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning June 27, 2006, to and including October 17, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii,  June 27, 2006  .

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Chris A. Thomas
                                 CHRIS A. THOMAS
                                 Assistant U.S. Attorney
```

```
/s/ Donna M. Gray                /s/ Richard L. Hoke, Jr.
DONNA M. GRAY                    RICHARD L. HOKE, JR.
Attorney for Defendant (02)      Attorney for Defendant (03)
ERIC CASTRO                      KALE ORNELLAS
```

```
/s/ Brooke Hart                    /s/ David F. Klein
BROOKE HART                        DAVID F. KLEIN
Attorney for Defendant (04)        Attorney for Defendant (05)
SHAWN AGUIAR                       RANDOLPH AIWOHI
```

  IT IS SO APPROVED AND SO ORDERED.

  DATED:  Honolulu, Hawaii, June 29, 2006.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

United States v. Eric Castro, et al.
Cr. No. 05-00206 JMS
"Stipulation and Order Continuing Trial and
 to Exclude Time"