EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00206 JMS |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| RANDOLPH AIWOHI    (05) aka "Randy", | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant RANDOLPH AIWOHI ("Defendant Aiwohi") on the grounds that Defendant Aiwohi was charged and sentenced in an Information, Cr. No. 06-00525 JMS.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to

Defendant Aiwohi in the Indictment for Cr. No. 05-00206 JMS after sentencing.

  Defendant Aiwohi was sentenced on March 5, 2007.

  DATED:  Honolulu, Hawaii, _____March 8, 2007_____.

         EDWARD H. KUBO, JR.
         UNITED STATES ATTORNEY
         District of Hawaii


         By /s/ Chris A. Thomas
          CHRIS A. THOMAS
          Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

  IT IS SO ORDERED.

  DATED:  Honolulu, Hawaii, March 15, 2007.

         /s/ J. Michael Seabright
         J. Michael Seabright
         United States District Judge


United States v. Randolph Aiwohi, Cr. No. 05-00290-05 JMS
"Order for Dismissal"